Refer to hard copy