# This is a Test Document

# When you receive this, please notify :

# Richard Cunico  - ext. 0458
# Or
# Kamel Aqleh - ext.  0236

# Thank You.